UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FARID GHALEHTAK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FNBN I, LLC, <br><br> Defendant. | Case No. 15-cv-05821-LB <br><br> **ORDER TO SHOW CAUSE** <br> Re: ECF No. 33 |

The plaintiffs' opposition to the motion to dismiss at ECF No. 33 was due June 27, 2016. The plaintiffs are ordered to file their opposition or a statement of non-opposition to the motion to dismiss no later than June 29, 2016. The court will serve a copy of this order by email to the plaintiffs' email address on record and also serve a copy by regular mail.

**IT IS SO ORDERED.**

Dated: June 28, 2016

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARID GHALEHTAK, et al.,

    Plaintiffs,

v.

FNBN I, LLC,

    Defendant.

Case No. 3:15-cv-05821-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 28, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Farid Ghalehtak
1826 Leimert Blvd.
Oakland, CA 94602

Shirin Tabatabai
1826 Leimert Blvd.
Oakland, CA 94602

Dated: June 28, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____

Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER